```
               IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF TEXAS
                        HOUSTON DIVISION

CWTM CORPORATION d/b/a        §
C & W EXPORTS, L.C.,          §
                              §
     Plaintiff,               §
                              §
v.                            §       CIVIL ACTION NO. H-04-2857
                              §
AM GENERAL L.L.C. and         §
SCORPION, INC.,               §
                              §
     Defendants.              §
```

**FINAL JUDGMENT**

This case was tried to the Court. Based on the Second Amended Findings of Fact and Conclusions of Law signed this day, and the separate Order on Attorneys' Fees and Prejudgment Interest signed this day, it is now

ORDERED and ADJUDGED that Plaintiff CWTM Corporation d/b/a C & W Exports, L.C. shall have and recover of and from Defendant AM General L.L.C., the total sum of FIVE HUNDRED SEVENTEEN THOUSAND NINE HUNDRED SIX and 85/100 DOLLARS ($517,906.85), together with interest on all unpaid portions thereof from the date of this judgment until paid at the rate of 5.24% per annum, compounded annually, plus taxable costs of court; it is further

ORDERED and ADJUDGED that if Defendant appeals this case to the United States Court of Appeals for the Fifth Circuit and Plaintiff successfully prevails in that appeal, Plaintiff shall

have an additional recovery of attorneys' fees in the amount of $15,000.00.

All other and further relief sought by any party and not expressly granted herein is DENIED.

This is a **FINAL JUDGMENT**.

The Clerk shall notify all parties and provide them with a true copy of this Order.

SIGNED at Houston, Texas on this 28th day of June, 2006.

_____
EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE